## RESAT KELES *v.* YALE UNIVERSITY

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 901 (AC 26923), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William J. Nulsen,* in support of the petition.

Decided February 13, 2007

------

## STATE OF CONNECTICUT *v.* GARY JONES

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 695 (AC 26925), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Gary Jones,* pro se, in support of the petition.

*John P. Gravalec-Pannone,* senior assistant state's attorney, in opposition.

Decided February 13, 2007

------

## BILLY G. HUNT *v.* COMMISSIONER OF CORRECTION

The petitioner Billy G. Hunt's petition for certification for appeal from the Appellate Court, 98 Conn. App. 906 (AC 27014), is denied.

*Mary Anne Royle,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided February 13, 2007